

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-18-00241-CV

**IN THE INTEREST OF J.E.P**., et al.,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00213
Honorable Karen Crouch, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant R.P. has filed a motion seeking an extension of time to file his brief until ten days after two supplemental reporter's records are filed, specifically: (1) the reporter's record of a January 29, 2018 hearing transcribed by Ms. Angie Jimenez; and (2) the reporter's record of a February 20, 2018 hearing transcribed by Ms. Herminia Torres. The motion is GRANTED. Ms. Jimenez and Ms. Torres are ORDERED to file the supplemental reporter's records in this appeal no later than ten days from the date of this order. Appellant R.P.'s brief must be filed no later than ten days after the date the two supplemental reporter's records have been filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court